**CERTIFICATE OF INTEREST**     JUDGE MORAN

Cause No: 02 C 7771

Short Title:  Heidi Happel and Kent Happel, her husband
v. Wal-Mart, Inc., a Delaware Corporation, d/b/a Walmart Pharmacy

MAGISTRATE JUDGE LEVIN

To enable the judges to determine whether refusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a certificate of interest stating the following information in compliance with Circuit Rule 26.1:

(1)   The full name of every party or amicus the attorney represents in the case:

Wal-Mart Stores, Inc.

DOCKETED OCT 3 0 2002

FILED OCT 29 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

(2)   If such party or amicus is a corporation:

   i)   Its parent corporation, if any; and

   ii)   A list of stockholders which are publicly held companies owning 10% or more of the stock in the party or amicus:

   None

(3)   The names of all law firms whose partners or associates have appeared for the party in the case or are expected to appear for the party in this court:

Momkus Ozog & McCluskey, LLC

This certificate shall be filed with the appearance form or upon the filing of a motion in this court, whichever occurs first. The attorney furnishing the certificate must file an amended certificate to reflect any material changes in the required information. The text of the certificate (i.e., caption omitted) shall also be included in front of the table of contents of the party's main brief.

Attorney's Signature: _/s/ Mark W. Monroe_

Attorney's Printed Name: Mark W. Monroe

Date: October 29, 2002