Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 7771 | **DATE** | 3/25/2003 |
| **CASE TITLE** | Heidi Happel et al. Vs. Wal-Mart Stores, Inc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Defendant's motion for order authorizing issuance of subpoenas for plaintiff's mental health record, directing plaintiff to execute authorizations to disclose mental health records and records related to psychological testing, and disclosure of raw date and related psychological testing data from plaintiff's mental health care treaters to defendant's consultant is granted. (DRAFT ORDER TO FOLLOW) Plaintiff to comply with order by 4/15/03. Defendant's motion to dismiss etc. with memorandum in support by 3/25/03. Answer to motion to befiled by 4/22/03. Reply to answer by 5/2/03.
(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | MAR 2 6 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | ? |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 03 MAR 25 AM 11:47 Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials | |