# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of **Heidi Happel v. Wal Mart Stores, Inc.**

Case Number: **02 C 7771**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**Plaintiff**

---

### (A)

- **SIGNATURE:** Stephanie Nathanson
- **NAME:** Stephanie Nathanson
- **FIRM:** Law Office of Kenneth C. Chessick, M.D.
- **STREET ADDRESS:** 1870 N. Roselle Rd., Suite 104
- **CITY/STATE/ZIP:** Schaumburg, IL 60195
- **TELEPHONE NUMBER:** 847-843-8044
- **E-MAIL ADDRESS:** Chessickmd@aol.com
- **IDENTIFICATION NUMBER:**
- **MEMBER OF TRIAL BAR?** YES ☐ NO ☑
- **TRIAL ATTORNEY?** YES ☐ NO ☑

### (B)

- **MEMBER OF TRIAL BAR?** YES ☐ NO ☐
- **TRIAL ATTORNEY?** YES ☐ NO ☐
- **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☑

DOCKETED JUL 1 0 2003

FILED 03 JUL -9 AM 11: — CLERK U.S. DISTRICT COURT

### (C)

(blank)

### (D)

(blank)