# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Heidi Happel, et al.
                              Plaintiff,

v.                                                      Case No.: 1:02–cv–07771
                                                           Hon. James B. Moran

Wal–Mart Stores, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 5, 2006:

      MINUTE entry before Judge James B. Moran :Status hearing held on 7/5/2006 and continued to 11/29/2006 at 9:15 a.m. Final pretrial order is due 11/29/2006. Jury Trial is set for 2/12/2007 at 10:00 AM. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.