IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | | |
|---|---|---|
| HEIDI HAPPEL and KENT HAPPEL, her husband, | ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | Case No: 02 C 7771 |
| WAL-MART STORES, INC, a Delaware corporation, d/b/a WALMART PHARMACY, | ) ) ) | Judge Moran |
| | ) | Magistrate Judge Levin |
| Defendant. | ) | |

### PLAINTIFFS' MOTION IN LIMINE #23 FOR JUDICIAL NOTICE OF WAL-MART's FINANCIAL RECORDS AND INFORMATION DISCLOSED TO THE PUBLIC AND THE FCC FOR THE YEAR 2006

NOW COME the Plaintiffs, Heidi Happel and Kent Happel, by and through their attorneys, the Law Office of Kenneth C. Chessick, M.D., and moves this Honorable Court for an entry of an Order in limine taking judicial notice that of the financial information contained in Wal-Mart's disclosures made to the public and the FCC for the year 2006. In support, Plaintiffs state as follows:

1. The Court may take judicial notice of facts if the facts are either generally known within the territorial jurisdiction of the court or are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. FRE 201(b); U.S. v. Boyd, 289 F.3d 1254, 1258 (10th Cir. 2002).

2. During the year 2006, Wal-Mart has disclosed and at the end of the fiscal year 2006 will make further disclosures of its earnings and other financial information to the public and the FCC.

3. Plaintiffs request that this Court take judicial notice of the information contained in the disclosures pertaining to the year 2006.

Respectfully submitted:

/ss/ Magdalena Dworak
One of Plaintiffs' Attorneys

The Law Office of Kenneth C. Chessick, M.D.
1870 North Roselle, Suite 104
Schaumburg, Illinois 60195
847-843-8044