UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.1.1**
Eastern Division

Heidi Happel, et al.
        Plaintiff,

v.               Case No.: 1:02–cv–07771
               Honorable Amy J. St. Eve

Wal–Mart Stores, Inc.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 1, 2010:

  MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held. Off the record settlement conference held. Settlement conference set for 12/07/10 at 10:30 a.m. Plaintiffs shall serve the settlement letter on defendant pursuant to paragraph one of this Court's standing order for settlement conference by 11/10/10. The defendant shall serve the responsive letter to the plaintiffs' settlement letter by 12/01/10. Plaintiffs' counsel shall fax or deliver copies of the letters to this Court's courtroom deputy by 12/02/10. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.